## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. **07-cv-02104-AP**

**DONNA L. RITTER,**

      Plaintiff,

v.

**MICHAEL J. ASTRUE,**
**COMMISSIONER OF SOCIAL SECURITY,**

      Defendant.

---

### JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

**1.     APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff:</u>

Jan A. Larsen
2108 Milestone Drive, Suite 200
Fort Collins, CO  80525
(970) 206-4633
(970) 377-1957 (facsimile)

<u>For Defendant:</u>

Thomas H. Kraus
Special Assistant United States Attorney

*Mailing Address:*
1961 Stout Street, Suite 1001A
Denver, Colorado  80294

*Street Address:*
1225 Seventeenth Street, Suite 700
Denver, Colorado  80202
(303) 454-0100
(303) 454-0404 (facsimile)

## 2.   STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3.   DATES OF FILING OF RELEVANT PLEADINGS

**A.   Date Complaint was Filed:** October 5, 2007

**B.   Date Complaint was Served on U.S. Attorney's Office:** December 26, 2007

**C.   Date Answer and Administrative Record were Filed:** Answer filed March 13, 2008 and Administrative Record filed February 26, 2008.

## 4.   STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The record is complete and accurate.

## 5.   STATEMENT REGARDING ADDITIONAL EVIDENCE

None.

## 6.   STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

None.

## 7.   OTHER MATTERS

None.

## 8.   BRIEFING SCHEDULE

**A.   Plaintiff's Opening Brief Due:** May 16, 2008

**B.   Defendant's Response Brief Due:** June 16, 2008

**C.   Plaintiff's Reply Brief (If Any) Due:** July 1, 2008

## 9.   STATEMENTS REGARDING ORAL ARGUMENT

**A.   Plaintiff's Statement:** Plaintiff requests oral argument. Oral argument is necessary to provide the court with full opportunity to know the parties' respective positions.

**B.   Defendant's Statement:** Oral argument not requested.

**10.     CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

     **A.     ( )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

     **B.     ( x )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.     OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROFF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD AND ALL PRO SE PARTIES.

**12.     AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

***The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.***

     DATED this <u>28th</u> day of <u>March</u>, 2008.


                        BY THE COURT:


                        ***<u>S/John L. Kane</u>***          
                        U.S. DISTRICT COURT JUDGE

APPROVED:

UNITED STATES ATTORNEY

<u>s/ Jan A. Larsen</u>
Jan A. Larsen
2108 Milestone Drive, Suite 200
Fort Collins, Colorado 80525
Telephone: (970) 206-4633
*e-mail address:*jalarsen1@qwest.net

<u>s/ Thomas H. Kraus</u>
By: Thomas H. Kraus
Special Assistant U.S. Attorney

*Mailing Address:*
1961 Stout Street, Suite 1001A
Denver, Colorado 80294
*e-mail address:* **tom.kraus@ssa.gov**

*Street Address:*
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100

Attorney for Defendant